UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JULIUS BERNARD PERRY,

      Plaintiff,

v.                                          Case No: 6:22-cv-748-RBD-LHP

CORPORAL OHAM,

      Defendant.
_____/

**ORDER**

This cause is before the Court upon *sua sponte* review of the file. Plaintiff, who is incarcerated at the Brevard County Jail and proceeding *pro se*, initiated this action on April 18, 2022, by filing a Civil Rights Complaint. (Doc. 1). On April 21, 2022, the Court entered an Order (Doc. 3) requiring Plaintiff to file an amended complaint a fully completed Prisoner Consent Form and Financial Certificate within fourteen days of the Order. The Court advised Plaintiff that the failure to do so would result in the dismissal of this case without further notice. As of the date of this Order, Plaintiff has filed to comply.

Accordingly, is **ORDERED** and **ADJUDGED** as follows:

1.     This case is **DISMISSED** without prejudice.

2.     The Clerk of the Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on May 10, 2022.



ROY B. DALTON JR.
United States District Judge

Copies furnished to:

Unrepresented Party